RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
KATHERINE TANAKA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Katherine-Tanaka@fd.org

Attorney for Jess Elijio Carranza

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00310-RFB-BNW |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING** |
| v. | (First Request) |
| JESS ELIJIO CARRANZA, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Bianca R Pucci, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Katherine Tanaka, Assistant Federal Public Defender, counsel for Jess Elijio Carranza, that the Sentencing hearing currently scheduled for March 15, 2022, at 1:00 PM, be vacated and set to a date and time convenient to this Court, but no sooner than thirty (30) days.

The Stipulation is entered into for the following reasons:

1. Defense counsel needs additional time to prepare for sentencing with Mr. Carranza and to address some items that have arisen in his state court case.

2. Mr. Carranza continues to prefer to appear in person at the hearing.

3. The parties agree to the continuance.

4. The defendant is in custody and agrees with the need for the continuance.

This is the first stipulation to continue filed herein.

DATED this 8th day of March 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| By /s/ Katherine Tanaka<br>KATHERINE TANAKA<br>Assistant Federal Public Defender | By /s/ Bianca R Pucci<br>BIANCA R PUCCI<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　v.<br>JESS ELIJIO CARRANZA,<br>　　　　Defendant. | Case No. 2:19-cr-00310-RFB-BNW<br><br>ORDER |

IT IS FURTHER ORDERED that the Sentencing hearing currently scheduled for March 15, 2022, at the hour of 1:00 p.m., be vacated and continued to __April 14, 2022__ at the hour of _1_ : _00_ p.m.

DATED this _8th_ day of March 2022.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE