RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
KATHERINE TANAKA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Katherine-Tanaka@fd.org

Attorney for Jess Elijio Carranza

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>JESS ELIJIO CARRANZA,<br><br>                    Defendant. | Case No. 2:19-cr-00310-RFB-BNW<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(Second Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Bianca R Pucci, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Katherine Tanaka, Assistant Federal Public Defender, counsel for Jess Elijio Carranza, that the Sentencing hearing currently scheduled for June 23, 2022, at 10:00 AM, be vacated and set to a date and time convenient to this Court, but no sooner than fourteen (14) days.

　　　　The Stipulation is entered into for the following reasons:

　　　　1.　　　　Defense counsel needs additional time to prepare for sentencing with Mr. Carranza.

　　　　2.　　　　The parties agree to the continuance.

3.      The defendant is in custody and agrees with the need for the continuance.

This is the second stipulation to continue filed herein.

DATED this 21st day of June 2022.

RENE L. VALLADARES
Federal Public Defender

By */s/ Katherine Tanaka*
KATHERINE TANAKA
Assistant Federal Public Defender

JASON M. FRIERSON
United States Attorney

By */s/ Bianca R Pucci*
BIANCA R PUCCI
Assistant United States Attorney

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00310-RFB-BNW |
| Plaintiff, | ORDER |
| v. | |
| JESS ELIJIO CARRANZA, | |
| Defendant. | |

　　　　IT IS ORDERED that the Sentencing hearing currently scheduled for June 23, 2022, at the hour of 10:00 a.m., be vacated and continued to  July 11, 2022  at the hour of  11:00  .m.

　　　　DATED this 22nd day of June 2022.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

3