RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
JOANNE L. DIAMOND
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Joanne_Diamond@fd.org

Attorney for Jess Elijio Carranza

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>JESS ELIJIO CARRANZA,<br><br>    Defendant. | Case No. 2:19-cr-00310-RFB-BNW<br><br>**STIPULATION TO CONTINUE STAUS CONFERENCE**<br>(First Request) |

  IT IS HEREBY STIPULATED AND AGREED, by and between Sigal Chattah, United States Attorney, and Steven Rose, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Joanne L. Diamond, Assistant Federal Public Defender, counsel for Jess Elijio Carranza, that the Status Conference currently scheduled on June 3, 2025, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

  This Stipulation is entered into for the following reasons:

  1. The defendant is currently in intensive outpatient drug treatment which conflicts with the currently scheduled status check.

  2. The parties are requesting a 30-day continuance to allow the defendant to complete intensive outpatient treatment before the status check is held.

3. If the hearing is not continued, it will cause the defendant to interrupt his ongoing treatment, which may have deleterious effects on the treatment.

4. The defendant's supervising probation officer supports the request for a continuance.

5. The defendant is not in custody and agrees with the need for the continuance.

6. The parties agree to the continuance.

This is the first request for a continuance of the status conference.

DATED May 20, 2025.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | SIGAL CHATTAH<br>United States Attorney |
| By /s/ Joanne L. Diamond<br>JOANNE L. DIAMOND<br>Assistant Federal Public Defender | By /s/ Steven Rose<br>STEVEN ROSE<br>Assistant United States Attorney |

2

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JESS ELIJIO CARRANZA,<br><br>　　　　Defendant. | Case No. 2:19-cr-00310-RFB-BNW<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the Status Conference/ Final Revo Hearing currently scheduled for Tuesday, June 3, 2025 at 9:15 a.m., be vacated and continued August 12, 2025 at 8:45 a.m.

　　　　DATED this 21st day of May, 2025.

_____
UNITED STATES DISTRICT JUDGE